UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SUSAN HEPBURN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:11-CV-00128-EJL<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　Having duly considered the parties' Stipulation Dismissal With Prejudice (ECF No. 55), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, for good cause shown, and being fully advised in the premises,

　　IT IS HEREBY ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney fees.

　　　　　　　　　　　　　　　　　　DATED: June 20, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Edward J. Lodge
　　　　　　　　　　　　　　　　　　United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE - 1**